USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
SEA STAR BEACHWEAR LLC,

                **Plaintiff,**

    -against-

TARYN ROSE INTERNATIONAL INC.,

                **Defendant.**
-------------------------------------------------------------------- x

19-CV-3411 (ALC)

**ORDER OF DISMISSAL**

**ANDREW L. CARTER, JR., District Judge:**

    On April 7, 2020, the Court ordered Plaintiff to show cause by May 4, 2020, as to why this action should not be dismissed without prejudice pursuant to Rule 4(m) for failure to serve. FED. R. CIV. P. 4(m). Such showing was not made. Accordingly, this case is dismissed without prejudice for failure to serve.

**SO ORDERED.**

**Dated:**     **June 4, 2020**
              **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**